469 A.2d 313

Gundrum, etc. v. Knitter v. Parson, Appellant.

Submitted September 9, 1983. Dwight L. Danser, for appellant; Mark S. Refowich, for Gundrum, appellee; Thomas L. Walters, for Knitter, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.